In the Matter of THE NORTHERN BANK OF NEW YORK,
in Liquidation.

In the Matter of the Application by the SUPERINTENDENT
OF BANKS OF THE STATE OF NEW YORK.

In the Matter of the Claim of GIFFORD, HOBBS & BEARD,
Respondents.

JOSEPH G. ROBIN, Appellant.

*Matter of Northern Bank of N. Y. (Claim of Gifford, Hobbs & Beard)* 175 App. Div. 892, appeals dismissed.

(Submitted October 15, 1917; decided October 23, 1917.)

MOTION to dismiss appeals from an order of the Appellate Division of the Supreme Court in the first

judicial department entered October 20, 1916, which affirmed an order of Special Term confirming the report of a referee to whom had been referred the claim of the respondents for legal services and also affirming an order of Special Term denying a motion to vacate said report.

The motion was made upon the ground of failure to file the required undertaking.

*Charles N. Flint* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs in each appeal and ten dollars costs of motion.